NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
**ENENSTEIN PHAM & GLASS**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

*Attorneys for Plaintiff*
*Kevin Barry Fine Art Associates*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation, <br><br> Plaintiff, <br> vs. <br><br> KEN GANGBAR STUDIO, INC., a Canadian Corporation, <br><br> Defendant. | Case No. <br><br> **COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF COPYRIGHT** <br><br> **JURY TRIAL DEMANDED** |

COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF COPYRIGHT

Plaintiff Kevin Barry Fine Art Associates ("KBFA") complains and alleges against Defendant Ken Gangbar Studios, Inc. ("KGSI") as follows:

## JURISDICTION

1.      This is an action under 28 U.S.C. §§ 2201 and 2202 for declaratory judgment and/or further necessary and proper relief based on a declaratory judgment or decree, and under the Copyright Act of 1976, 17 USC § 101 *et seq*.  This Court has original subject matter jurisdiction over this action under 28 U.S.C. §1331 and §1338(a) and (b).

2.      This Court has personal jurisdiction over KGSI on the basis that KGSI transacts business within this District and has committed acts and, on information and belief, will continue to commit acts within this District giving rise to this action.

3.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c).

4.      An actual case or controversy has arisen between the parties in that KGSI has threatened litigation against KBFA and asserted that KBFA has infringed KGSI's copyrights.

## THE PARTIES

5.      KBFA is a California corporation having its principal place of business in Santa Monica, California.

6.      KBFA is informed and believes and thereon alleges that KGSI is a Canadian corporation with its principal place of business in Toronto, Canada.

## GENERAL ALLEGATIONS

7.      KBFA is in the business of fine art consulting, including sourcing and commissioning art for display in buildings, hotels, and residences.  KBFA is informed and believes and thereon alleges that KGSI sells art created by Kenneth Louis Gangbar.

## KGSI's Works

8.      According to the online records of the U.S. Copyright Office, KGSI  holds Registration No. VA0002090600 in a work titled "Halcyon".  A true and correct copy of an online record of this Registration from the Copyright Office is attached as Exhibit "A".

COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF COPYRIGHT

9.      KBFA is informed and believes and thereon alleges that Exhibit "B" is an image of the work titled "Halcyon".

10.     According to the online records of the U.S. Copyright Office, KGSI  holds Registration No. VA0002090609 in a work titled "Shifting".  A true and correct copy of an online record of this Registration from the Copyright Office is attached as Exhibit "C".

11.     KBFA is informed and believes and thereon alleges that Exhibit "D" is an image of the work titled "Shifting".

12.     According to the online records of the U.S. Copyright Office, KGSI  holds Registration No. VA0002072663 in a work titled "Swish".  A true and correct copy of an online record of this Registration from the Copyright Office is attached as Exhibit "E".

13.     KBFA is informed and believes and thereon alleges that Exhibit "F" is an image of the work titled "Swish".

14.     According to the online records of the U.S. Copyright Office, KGSI  holds Registration No. VA0002072662 in a work titled "Star".  A true and correct copy of an online record of this Registration from the Copyright Office is attached as Exhibit "G".

15.     KBFA is informed and believes and thereon alleges that Exhibit "H" is an image of the work titled "Star".

16.     According to the online records of the U.S. Copyright Office, KGSI  holds Registration No. VA0002090602 in a work titled "Nobu Restaurant".  A true and correct copy of an online record of this Registration from the Copyright Office is attached as Exhibit "I".

17.     KBFA is informed and believes and thereon alleges that Exhibit "J" is an image of the work titled "Nobu Restaurant".

18.     According to the online records of the U.S. Copyright Office, KGSI  holds Registration No. VA0002090607 in a work titled "Palomar".  A true and correct copy of an online record of this Registration from the Copyright Office is attached as Exhibit "K".

19.     KBFA is informed and believes and thereon alleges that Exhibit "L" is an image of the work titled "Palomar".

COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF COPYRIGHT

20.     According to the online records of the U.S. Copyright Office, KGSI holds Registration No. VA0002072661 in a work titled "Fin Wave".  A true and correct copy of an online record of this Registration from the Copyright Office is attached as Exhibit "M."

21.     KBFA is informed and believes and thereon alleges that Exhibit "N" is an image of the work titled "Fin Wave".

22.     The works referenced in Paragraphs 9 through 21 are collectively referred to herein as "KGSI's Works."

## Accused Works

23.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "O".

24.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "P".

25.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "Q".

26.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "R".

27.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "S".

28.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "T".

29.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "U".

30.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "V".

31.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "W".

32.     KGSI has threatened to sue KBFA for copyright infringement with respect to the work or style of work depicted in Exhibit "X".

COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF COPYRIGHT

33.     The works referenced in Paragraphs 24 through 33 are collectively referred to herein as the "Accused Works."

## FIRST COUNT

### (Declaratory Judgement of Non-Infringement of Copyright)

34.     Plaintiff repeats and realleges the allegation contained in Paragraphs 1-34.

35.     KBFA has a reasonable apprehension that KGSI will bring an action against it under 17 U.S.C. § 101 *et seq*. alleging that the Accused Works infringe KGSI's copyrights in the KGSI Works.

36.     KBFA denies that that the Accused Works infringe KGSI's copyrights in the KGSI Works, and in particular that the Accused Works are substantially similar to the KGSI Works.

37.     An actual and justiciable controversy exists between KBFA and KGSI as to whether the Accused Works infringe KGSI's copyrights in the KGSI Works.

38.     This actual and justiciable controversy arises under federal law, *viz*. the Copyright Act, 17 U.S.C. § 101 *et seq*.

39.     KBFA seeks Declaratory Judgment of non-infringement, specifically a declaration that the Accused Works do not infringe KGSI's copyrights in the KGSI Works.

40.     A Declaratory Judgment of non-infringement is appropriate at this time under 28 U.S.C. § 2201 so that KBFA may ascertain its rights and duties with respect to the Accused Works and avoid any cloud as to such rights.

**WHEREFORE**, KBFA prays for judgment against KGSI for the following relief:

1.      The Court enter a declaratory judgment holding that the Accused Works do not infringe KGSI's copyrights in the KGSI Works and for further necessary or proper relief based on such a declaratory judgment;

2.      For KBFAA's costs of suit herein, including such attorneys' fees as are deemed to be reasonable by the Court; and

/ / /

COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF
COPYRIGHT

3.      For such other and further relief as the Court may deem just and proper.


**PLAINTIFF DEMANDS A JURY TRIAL OF ALL ISSUES SO TRIABLE**


Respectfully submitted,

DATED:  June 6, 2018                    **ENENSTEIN PHAM & GLASS**

                        By:   _____
                              Ned M. Gelhaar
                              Attorneys for Plaintiff
                              Kevin Barry Fine Art Assoc.

COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF
COPYRIGHT

# EXHIBIT A

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002090600 / 2017-12-13

Application Title: Halcyon.

Title:              Halcyon.

Description:        Electronic file (eService)

Copyright Claimant:
                    Ken Gangbar Studio, Inc., Transfer: By written agreement.

Date of Creation:   2015

Date of Publication:
                    2015-09-12

Nation of First Publication:
                    Canada

Authorship on Application:
                    Kenneth Louis Gangbar, 1966-  ;  Domicile: Canada;
                       Citizenship: Canada. Authorship: sculpture.

Rights and Permissions:
                    Ken Gangbar Studio, Inc., 142 Cawthra Avenue #201, Toronto,
                       ON, M6N 3C2, Canada, (416) 532-4284, (416) 704-1284,
                       ken@kengangbar.com

Names:              Gangbar, Kenneth Louis, 1966-
                    Ken Gangbar Studio, Inc.
```

================================================================================

**EXHIBIT B**



# EXHIBIT C

Type of Work:      Visual Material

Registration Number / Date:
                   VA0002090609 / 2017-12-13

Application Title: Shifting.

Title:             Shifting.

Description:       Electronic file (eService)

Copyright Claimant:
                   Ken Gangbar Studio, Inc., Transfer: By written agreement.

Date of Creation:  2013

Date of Publication:
                   2013-11-22

Nation of First Publication:
                   Canada

Authorship on Application:
                   Kenneth Louis Gangbar, 1966-  ;  Domicile: Canada;
                      Citizenship: Canada. Authorship: sculpture.

Rights and Permissions:
                   Ken Gangbar Studio, Inc., 142 Cawthra Avenue #201, Toronto,
                      ON, M6N 3C2, Canada, (416) 532-4284, (416) 704-1284,
                      ken@kengangbar.com

Names:             Gangbar, Kenneth Louis, 1966-
                   Ken Gangbar Studio, Inc.

=================================================================================

# EXHIBIT D



**EXHIBIT E**

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002072663 / 2017-10-24

Application Title: Swish.

Title:              Swish.

Description:        Electronic file (eService)

Copyright Claimant:
                    Ken Gangbar Studio, Inc., Transfer: By written agreement.

Date of Creation:   2012

Date of Publication:
                    2012-08-01

Nation of First Publication:
                    Canada

Authorship on Application:
                    Kenneth Louis Gangbar, 1966-  ;  Domicile: Canada;
                        Citizenship: Canada. Authorship: sculpture.

Rights and Permissions:
                    Ken Gangbar Studio Inc., 142 Cawthra Avenue #201, Toronto,
                        ON, M6N 3C2, Canada, (416) 532-4284, (416) 704-1284,
                        ken@kengangbar.com

Names:              Gangbar, Kenneth Louis, 1966-
                    Ken Gangbar Studio, Inc.
```

================================================================================

**EXHIBIT F**



# EXHIBIT G

Type of Work:       Visual Material

Registration Number / Date:
                    VA0002072662 / 2017-10-24

Application Title: Star.

Title:              Star.

Description:        Electronic file (eService)

Copyright Claimant:
                    Ken Gangbar Studio, Inc., Transfer: By written agreement.

Date of Creation:   2012

Date of Publication:
                    2012-05-01

Nation of First Publication:
                    Canada

Authorship on Application:
                    Kenneth Louis Gangbar, 1966-  ;  Domicile: Canada;
                      Citizenship: Canada. Authorship: sculpture.

Rights and Permissions:
                    Ken Gangbar Studio, Inc., 142 Cawthra Avenue #201, Toronto,
                      ON, M6N 3C2, Canada, (416) 532-4284, (416) 704-1284,
                      ken@kengangbar.com

Names:              Gangbar, Kenneth Louis, 1966-
                    Ken Gangbar Studio, Inc.

================================================================================

**EXHIBIT H**



# EXHIBIT I

Type of Work:      Visual Material

Registration Number / Date:
                   VA0002090602 / 2017-12-13

Application Title: Nobu Restaurant.

Title:             Nobu Restaurant.

Description:       Electronic file (eService)

Copyright Claimant:
                   Ken Gangbar Studio, Inc., Transfer: By written agreement.

Date of Creation:  2008

Date of Publication:
                   2008-07-21

Nation of First Publication:
                   Canada

Authorship on Application:
                   Kenneth Louis Gangbar, 1966-  ;  Domicile: Canada;
                      Citizenship: Canada. Authorship: sculpture.

Rights and Permissions:
                   Ken Gangbar Studio, Inc., 142 Cawthra Avenue #201, Toronto,
                      ON, M6N 3C2, Canada, (416) 532-4284, (416) 704-1284,
                      ken@kengangbar.com

Names:             Gangbar, Kenneth Louis, 1966-
                   Ken Gangbar Studio, Inc.

================================================================================

# EXHIBIT J



# EXHIBIT K

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002090607 / 2017-12-13

Application Title: Palomar.

Title:             Palomar.

Description:       Electronic file (eService)

Copyright Claimant:
                   Ken Gangbar Studio, Inc., Transfer: By written agreement.

Date of Creation:  2008

Date of Publication:
                   2008-11-15

Nation of First Publication:
                   Canada

Authorship on Application:
                   Kenneth Louis Gangbar, 1966-  ;  Domicile: Canada;
                      Citizenship: Canada. Authorship: sculpture.

Rights and Permissions:
                   Ken Gangbar Studio, Inc., 142 Cawthra Avenue #201, Toronto,
                      ON, M6N 3C2, Canada, (416) 532-4284, (416) 704-1284,
                      ken@kengangbar.com

Names:             Gangbar, Kenneth Louis, 1966-
                   Ken Gangbar Studio, Inc.
```

==================================================================================

**EXHIBIT L**



# EXHIBIT M

Type of Work:       Visual Material

Registration Number / Date:
                    VA0002072661 / 2017-10-24

Application Title: Fin Wave.

Title:              Fin Wave.

Description:        Electronic file (eService)

Copyright Claimant:
                    Ken Gangbar Studio, Inc., Transfer: By written agreement.

Date of Creation:   2007

Date of Publication:
                    2007-02-01

Nation of First Publication:
                    Canada

Authorship on Application:
                    Kenneth Louis Gangbar, 1966-  ;  Domicile: Canada;
                       Citizenship: Canada. Authorship: sculpture.

Rights and Permissions:
                    Ken Gangbar Studio, Inc., 142 Cawthra Avenue #201, Toronto,
                       ON, M6N 3C2, Canada, (416) 532-4284, (416) 704-1284,
                       ken@kengangbar.com

Names:              Gangbar, Kenneth Louis, 1966-
                    Ken Gangbar Studio, Inc.

================================================================================

# EXHIBIT N



# EXHIBIT O





# EXHIBIT P



# EXHIBIT Q







PET WA →





**EXHIBIT R**







**EXHIBIT S**



**EXHIBIT T**



# EXHIBIT U



# EXHIBIT V



# EXHIBIT W



# EXHIBIT X





