NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
JOY LLAGUNO (SBN 311867)
Email: jllaguno@enensteinlaw.com
**ENENSTEIN PHAM & GLASS**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

*Attorney for Plaintiff and Counterclaim-Defendant
Kevin Barry Fine Art Associates and Counterclaim-Defendants
Kevin A. Barry and John Johnson*

MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
(415) 765-6633 Phone
(415) 283-4804

*Attorney for Defendant/Counterclaimant
Ken Gangbar Studio Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEN GANGBAR STUDIO INC., a Canadian Corporation,<br><br>Defendant. | Case No. 4:18-cv-3358-HSG<br><br>**STIPULATED REQUEST TO EXTEND TIME BY ONE COURT DAY FOR COUNTERCLAIM DEFENDANTS KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY, AND JOHN JOHNSON TO RESPOND TO COUNTERCLAIMS PURSUANT TO CIVIL LOCAL RULE 6-1(b), AND REQUEST TO SET BRIEFING SCHEDULE FOR MOTIONS CHALLENGING COUNTERCLAIMS** |

1

**Stipulated Request To Extend Time By One Court Day**   Case No. 4:18-cv-3358-HSG

| | |
|---|---|
| 1 | KEN GANGBAR STUDIO INC., a Canadian Corporation, )
| 2 | )
| 3 | Counterclaimant, )
| 4 | vs. )
| 5 | KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY, RICHARD MCCORMACK DESIGN d/b/a STUDIO MCCORMACK, RICHARD MCCORMACK, JOHN JOHNSON, DOES 1-20, and ABC Corporations 1-20, )
| | Counterclaim Defendants. )

1 KEN GANGBAR STUDIO INC., a Canadian Corporation, )
2 )
3 Counterclaimant, )
4 vs. )
5 KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY, RICHARD MCCORMACK DESIGN d/b/a STUDIO MCCORMACK, RICHARD MCCORMACK, JOHN JOHNSON, DOES 1-20, and ABC Corporations 1-20, )
   Counterclaim Defendants. )

Pursuant to Civil Local Rules 6-1(b) and 6.2, the undersigned counsel hereby stipulate to request an extension of time for Counterclaim Defendants Kevin Barry Fine Art Associates ("KBFA"), Kevin A. Barry, and John Johnson to respond to Counterclaimant Ken Gangbar Studio Inc.'s ("KGSI") Counterclaims by one court day to and including October 1, 2018. The undersigned counsel further stipulate to request an extension of time for KGSI to file its opposition to KBFA, Barry, and Johnson's anticipated motions challenging KGSI's Counterclaims to and including November 2, 2018, with KBFA, Barry and Johnson's Reply to be filed November 15, 2018. Counsel for KBFA and Messrs. Barry and Johnson will notice the date for the hearing on these motions on a date not sooner than 14 days after the reply is filed.

By this stipulated request no counsel seeks any modification or delay of any other case deadlines.

/ / /

2
**Stipulated Request To Extend Time By One Court Day**         Case No. 4:18-cv-3358-HSG

Pursuant to Civil Local Rules 6-2(a) and 7-12, this Request is supported by the accompanying Declaration of Ned. M. Gelhaar.

Respectfully submitted,

DATED: September 26, 2018  **ENENSTEIN PHAM & GLASS**

By: /s/ Ned M. Gelhaar .
Ned M. Gelhaar

*Attorney for Plaintiff and Counter-Defendant Kevin Barry Fine Art Associates and Counterclaim-Defendants Kevin A. Barry and John Johnson*

DATED: September 26, 2018  **THE BUSINESS LITIGATION GROUP, P.C.**

By: /s/ Marc N. Bernstein .
Marc N. Bernstein

*Attorney for Defendant/Counterclaimant Ken Gangbar Studio Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

3

**Stipulated Request To Extend Time By One Court Day**  Case No. 4:18-cv-3358-HSG