1 MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
2 THE BUSINESS LITIGATION GROUP, P.C.
555 Montgomery Street, Suite 1650
3 San Francisco, CA 94111
Telephone: 415.765.6633
4 Facsimile: 415.283.4804

5 Attorney for Defendant and Counterclaimant
KEN GANGBAR STUDIO INC.

7 NED M. GELHAAR (SBN 163185)
nglehaar@enensteinlaw.com
8 JOY D. LLAGUNO (SBN 311867)
jllaguno@enensteinlaw.com
9 ENENSTEIN PHAM & GLASS
12121 Wilshire Boulevard, Suite 600
10 Los Angeles, California 90025
Telephone: 310.899.2070
11 Facsimilie: 310.496.1930

12 Attorneys for Plaintiff and Counterclaim Defendants
KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY,
13 and JOHN JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO INC., a Canadian corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:18-CV-03358-HSG<br><br>STIPULATION AND ORDER TO EXTEND DEADLINES FOR THE OPPOSITION AND REPLY TO BARRY PARTIES' MOTION TO DISMISS |

---

**Stip & Order to Extend Time to Respond to MTD**            **Case No. 4: 18-cv-03358-HSG**

Defendant and counterclaimant Ken Gangbar Studio Inc. (KGSI) and Plaintiff and counterclaim defendants Kevin Barry Fine Art Associates, Kevin A. Barry, and John Johnson (KBFAA) stipulate under Local Rules 6-1(b) and 6-2 as follows:

KBFAA's pending motion to dismiss was filed October 1, 2018, Dkt. 60, KGSI's opposition is currently due November 2, 2018, Dkt. 54, and KBFAA's reply is currently due November 15, 2018, *id.* The hearing is set for January 17, 2019. (Dkt. 61.) KBFAA and KGSI now stipulate and request that the due date for KGSI's opposition be extended six days to November 8, 2018, and that for KBFAA's reply deadline be extended fourteen days to November 29, 2018. This Request does not change any current Court-ordered dates or deadlines.

DATED: October 24, 2018  THE BUSINESS LITIGATION GROUP, P.C.

By:  /s/*Marc N. Bernstein*
Marc N. Bernstein

Attorney for Defendant and Counterclaimant
KEN GANGBAR STUDIO INC.

DATED: October 24, 2018  ENENSTEIN PHAM & GLASS

By:  /s/*Ned M. Gelhaar*
Ned M. Gelhaar

Attorneys for Plaintiff and Counterclaim Defendants
KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY, and JOHN JOHNSON

ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1-(i)(3), I attest the concurrence in the filing of this document has been obtained from Ned M. Gelhaar.

DATED: October 24, 2018  THE BUSINESS LITIGATION GROUP, P. C.

By: __/s/*Marc N. Bernstein*__
Marc N. Bernstein

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 25, 2018

*/s/ Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United Stated District Judge