# UNITED STATES DISTRICT COURT

Northern **District of** California

Kevin Barry Fine Art Associates

                  Plaintiff(s),

V.

Ken Gangbar Studio Inc., and Related Counterclaim

                  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:18-cv-03358-HSG

Notice is hereby given that, subject to approval by the court, Richard McCormack Studio d/b/a Studio McCormack and Richard McCormack substitutes
(Party (s) Name)

Kevin R. Lussier , State Bar No. 143821 as counsel of record in
(Name of New Attorney)

place of Mark C. Bailey, State Bar No. 128118.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Veatch Carlson, LLP
    Address: 1055 Wilshire Boulevard, 11th Floor, Los Angeles, CA 90017
    Telephone: (213) 381-2861      Facsimile (213) 383-6370
    E-Mail (Optional): klussier@veatchfirm.com

I consent to the above substitution.

Date: January 2, 2019

Richard McCormack Studio d/b/a Studio McCormack and Richard McCormack

*[signature]*
(Signature of Party (s))

I consent to being substituted.

Date: January 2, 2019

Mark C. Bailey
*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: December 31, 2018

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/10/2019

*Haywood S. Gill Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]