UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO, INC., a Canadian corporation,<br><br>Defendant,<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 4:18-cv-03358-HSG<br>[Judge: Hon. Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING APPLICATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE BY COUNTER-DEFENDANTS RICHARD MCCORMACK STUDIO AND RICHARD MCCORMACK**<br><br>DATE: July 23, 2019<br>TIME: 2:00 p.m.<br>CTRM: 2, 4th Floor<br>　　　1301 Clay Street<br>　　　Oakland, California |

The Court, having reviewed the Application For Telephonic Appearance At Case Management Conference By Counterdefendants RICHARD MCCORMACK STUDIO and RICHARD MCCORMACK ("McCormack Counterdefendants") and GOOD CAUSE appearing therefore, GRANTS the Application. The McCormack Counterdefendants are permitted to appear at the July 23, 2019 Case Management Conference in this matter via telephone. . Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

1     IT IS SO ORDERED.

2 Dated: July 16, 2019      By: _____
3                                                  Hon. Haywood S. Gilliam, Jr.
4                                                 United States District Judge