NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
JOY LLAGUNO (SBN 311867)
Email: jllaguno@enensteinlaw.com
**ENENSTEIN PHAM & GLASS**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

*Attorney for Plaintiff and Counter-Defendant*
*Kevin Barry Fine Art Associates and Counterclaim-Defendants*
*Kevin A. Barry and John Johnson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>KEN GANGBAR STUDIO, INC., a Canadian Corporation,<br><br>Defendant.<br><br>KEN GANGBAR STUDIO, INC., a Canadian Corporation,<br><br>Counterclaimant,<br>vs.<br><br>KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY, RICHARD MCCORMACK DESIGN d/b/a STUDIO MCCORMACK, RICHARD MCCORMACK, JOHN JOHNSON, DOES 1-20, and ABC Corporations 1-20,<br><br>Counterclaim Defendants. | Case No. 4:18-cv-03358-HSG<br><br>**[PROPOSED] ORDER APPROVING KEVIN BARRY FINE ART ASSOCIATES, KEVIN BARRY, AND JOHN JOHNSON'S REQUEST FOR TELEPHONIC APPEARANCE** |

Having reviewed the Request for counsel for Kevin Barry Fine Art Associates, Kevin Barry, and John Johnson to Appear at the Case Management Conference via Telephone, filed on July 12, 2019, and good cause appearing:

IT IS HEREBY ORDERED THAT counsel for Kevin Barry Fine Art Associates, Kevin Barry, and John Johnson be permitted to appear at the July 23, 2019 Case Management Conference via telephone. Counsel shall contact CourtCall at (866) 582-6878.

IT IS SO ORDERED

DATED: ____July 16__, 2019

By: _____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of 18 and not a party to the within action. My business address is: 11920 Southern Highlands Parkway, Suite 103, Las Vegas, Nevada 89141.

On July 12, 2019, I served the foregoing document entitled **[PROPOSED] ORDER APPROVING KEVIN BARRY FINE ART ASSOCIATES' REQUEST FOR TELEPHONIC APPEARANCE** on the following interested parties:

| | |
|---|---|
| Marc N. Bernstein<br>The Business Litigation Group, P.C.<br>150 Spear Street, Suite 800<br>San Francisco, California 94105<br>Telephone: (415) 765-6634<br>Email: mbernstein@blgrp.com<br>*Attorney for Defendant/Counterclaimant*<br>*Ken Gangbar Studio, Inc.* | Kevin R. Lussier, Esq.<br>Kim D. Ashley<br>Veatch Carlson, LLP<br>1055 Wilshire Boulevard, 11th Floor,<br>Los Angeles, CA 90017<br>Telephone: (213) 381-2861<br>Email: klussier@veatchfirm.com<br>kashley@veatchfirm.com<br>*Attorneys for Counterclaim Defendants,*<br>*Richard McCormack Studio d/b/a Studio*<br>*McCormack, and Richard McCormack* |

[X] **BY ELECTRONIC SERVICE:** A copy of the foregoing document was filed electronically via the Court's CM/ECF System. Pursuant to Local Rule 5-1, the Notice of Electronic Filing (NEF) will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

[ ] **BY ELECTRONIC MAIL:** I caused the document(s) to be sent to the persons at their respective electronic notification address, listed above.

[ ] **BY UNITED STATES MAIL:** I placed true copies of the document in sealed envelopes addressed to the individual(s) included above, with prepaid postage, in the U.S. mail in Clark County, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 12th day of July, 2019, in Clark County, Nevada.

*/s/ Michelle Choto*

Michelle Choto