UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO, INC.,<br><br>Defendant. | Case No. 18-cv-03358-HSG (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 100 |

The Court sets a telephonic hearing concerning the motion filed at ECF No. 100 for December 12, 2019 at 10:00 a.m.

Going forward, the parties shall comply with the undersigned's Discovery Standing Order, which may be found at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. Any questions should be directed to Courtroom Deputy Rose Maher, 415-522-4708.

**IT IS SO ORDERED.**

Dated: December 9, 2019

THOMAS S. HIXSON
United States Magistrate Judge