NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
Email: dgutenplan@enensteinlaw.com
JESSE K. BOLLING (SBN 286267)
Email: jbolling@enensteinlaw.com
**ENENSTEIN PHAM & GLASS**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

Attorneys for Plaintiff and Counter-Defendant
Kevin Barry Fine Art Associates and Third-Party Defendants
Kevin A. Barry and John Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>KEN GANGBAR STUDIO INC., a Canadian Corporation,<br><br>    Defendant.<br><br>KEN GANGBAR STUDIO INC., a Canadian Corporation,<br><br>    Counterclaimant,<br>vs.<br><br>KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY, RICHARD MCCORMACK DESIGN d/b/a STUDIO MCCORMACK, RICHARD MCCORMACK, JOHN JOHNSON, DOES 1-20, and ABC Corporations 1-20,<br><br>    Counterclaim Defendants. | Case No. 4:18-cv-03358-HSG<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR COUNTER-CLAIM DEFENDANT KEVIN BARRY FINE ART ASSOCIATES AND THIRD-PARTY DEFENDANTS KEVIN A. BARRY AND JOHN JOHNSON TO RESPOND TO AMENDED COUNTERCLAIMS AND SUPPLEMENTAL COUNTERCLAIM PURSUANT TO CIVIL LOCAL RULE 6-1(b); DECLARATION OF JESSE K. BOLLING**<br><br>Trial Date:    September 28, 2020 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the undersigned counsel hereby stipulate to request an extension of time for Counterclaim-Defendant Kevin Barry Fine Art Associates and Third-Party Defendants Kevin A. Barry and John Johnson to respond to Counterclaimant Ken Gangbar Studio Inc.'s ("KGSI") Amended Counterclaims and Supplemental Counterclaim, which the Court approved for filing on January 28, 2020. The current response date for all three parties is Tuesday, February 11, 2020 according to Rule 15(a)(3). The parties have stipulated to extend the due date to Friday, February 14, 2020. By way of this stipulated request, no counsel seeks any modification or delay of any other case deadlines. Pursuant to Civil Local Rules 6-2(a) and 7-12, this request is supported by the accompanying Declaration of Jesse K. Bolling.

DATED: February 7, 2020

**ENENSTEIN PHAM & GLASS**

By: /s/ Jesse K. Bolling .

*Attorney for Plaintiff and Counterclaim-Defendant Kevin Barry Fine Art Associates and Third-Party Defendants Kevin A. Barry and John Johnson*

DATED: February 7, 2020

**THE BUSINESS LITIGATION GROUP, P.C.**

By: /s/ Marc N. Bernstein .

*Attorneys for Defendant/Counterclaimant Ken Gangbar Studio Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/10/2020

_____
JUDGE HAYWOOD S. GILLIAM, JR. OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATED REQUEST TO EXTEND TIME FOR RESPONSE