NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
Email: dgutenplan@enensteinlaw.com
JESSE K. BOLLING (SBN 286267)
Email: jbolling@enensteinlaw.com
**ENENSTEIN PHAM & GLASS**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

Attorneys for Third-Party Defendants
CHC Bayview Owner, LLC and Host
Hotels & Resorts, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation, | Case No. 4:18-cv-03358-HSG |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS HOST HOTEL & RESORTS, INC. AND CHC BAYVIEW OWNER, LLC TO RESPOND TO AMENDED COUNTERCLAIMS AND SUPPLEMENTAL COUNTERCLAIM PURSUANT TO CIVIL LOCAL RULE 6-1(b); DECLARATION OF JESSE K. BOLLING; ORDER** |
| v. | |
| KEN GANGBAR STUDIO INC., a Canadian Corporation, | |
| Defendant. | |
| **AND RELATED CLAIMS.** | Trial Date: September 28, 2020 |

STIPULATED REQUEST TO EXTEND TIME FOR RESPONSE

Pursuant to Civil Local Rules 6-1(b) and 6-2, the undersigned counsel hereby stipulate to an extension of time for Third-Party Defendants CHC Bayview Owner, LLC and Host Hotels & Resorts, Inc. to respond to Counterclaimant Ken Gangbar Studio Inc.'s ("KGSI") Amended Counterclaims and Supplemental Counterclaim, which the Court approved for filing on January 28, 2020. The parties have stipulated to extend the due date to Friday, March 6, 2020. By way of this stipulated request, no counsel seeks any modification or delay of any other case deadlines. Pursuant to Civil Local Rules 6-2(a) and 7-12, this request is supported by the accompanying Declaration of Jesse K. Bolling.

DATED: February 24, 2020           **ENENSTEIN PHAM & GLASS**

                                    By:      /s/ Jesse K. Bolling                    .

                                    *Attorney for Third-Party Defendants CHC Bayview*
                                    *Owner, LLC and Host Hotels & Resorts, Inc.*

DATED: February 24, 2020           **THE BUSINESS LITIGATION GROUP, P.C.**

                                    By:      /s/ Marc N. Bernstein                    .

                                    *Attorneys for Defendant/Counterclaimant*
                                    *Ken Gangbar Studio Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/25/2020

_____
JUDGE HAYWOOD S. GILLIAM, JR. OF THE UNITED
STATES DISTRICT COURT, NORTHERN DISTRICT
OF CALIFORNIA