# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Kevin Barry Fine Art Associates                    )
                                                   )   Case No: 4:18-CV-03358-HSG
                         Plaintiff(s),             )
                                                   )   **APPLICATION FOR**
            v.                                     )   **ADMISSION OF**
                                                   )   **ATTORNEY PRO HAC VICE;**
Ken Gangbar Studio, Inc.,                          )   **ORDER**
                                                   )   (CIVIL LOCAL RULE 11-3)
                         Defendant(s).             )

I, Vernle C. Durocher, Jr., an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: Shakopee Mdewakanton Sioux Comm. in the above-entitled action. My local co-counsel in this case is Kent J. Schmidt, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dorsey & Whitney LLP, 50 S. Sixth Street, Suite 1500, Minneapolis, MN 55402 | Dorsey & Whitney LLP, 600 Anton Boulevard, Suite 2000, Costa Mesa, CA 92626-7655 |
| MY TELEPHONE # OF RECORD: (612) 340-2600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (714) 800-1445 |
| MY EMAIL ADDRESS OF RECORD: durocher.skip@dorsey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: schmidt.kent@dorsey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 195969.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/27/20                              Vernle C. Durocher, Jr.
                                             _____
                                             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Vernle C. Durocher, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/27/2020                             _____
                                             UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

VERNLE C DUROCHER JR.

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 18, 1990

Given under my hand and seal of this court on

February 13, 2020

Emily J. Eschweiler, Director
Office of Lawyer Registration