1  Joshua Tropper
   jtropper@bakerdonelson.com
2  California Bar No. 112240
   Baker, Donelson, Bearman,
3  Caldwell & Berkowitz, PC
   Monarch Plaza, Suite 1600
4  3414 Peachtree Road, N.E.
   Atlanta, GA  30356
5  Telephone  404-223-2210
   Facsimile  404-238-9610

*Attorneys for Counterclaim Defendant
DeFoor Brothers LLC*

Marc N. Bernstein (SBN 145837)
mbernstein@blgrp.com
Richard A. DeLiberty (SBN 203754)
rdeliberty@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

*Attorneys for Defendant and Counterclaimant
Ken Gangbar Studio Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES., California corporation<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO INC. a Canadian CORPORATION,<br><br>Defendants.<br><br>KEN GANGBAR STUDIO INC. a Canadian Corporation, | Case No. 4:18-CV-03358-HSG<br><br>**SECOND STIPULATION EXTENDING TIME FOR COUNTERCLAIM DEFENDANT DEFOOR BROTHERS, LLC TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COUNTERCLAIMS OF KEN GANGBAR STUDIO INC.; ORDER**<br>Current Response Date:  March 6, 2020<br>New Response Date:  March 13, 2020 |

- 1 -  CASE NO. 4:18-CV-03358-HSG

SECOND STIPULATION EXTENDING TIME FOR COUNTERCLAIM DEFENDANT DEFOOR BROTHERS, LLC TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COUNTERCLAIMS OF KEN GANGBAR STUDIO INC.

4849-0465-6310v2

|   | Counterclaimant, |
|---|---|
|   | v. |
|   | KEVIN BARRY FINE ART ASSOCIATES, *et al.* |
|   | Counterclaim Defendants. |

Pursuant to Civil Local Rule 6-1, Defendant and Counterclaimant Ken Gangbar Studio Inc. ("KGSI") and Counterclaim Defendant DeFoor Brothers, LLC ("DeFoor Brothers") hereby STIPULATE AND AGREE as follows:

WHEREAS, Plaintiff Kevin Barry Fine Art Associates ("KBFAA") filed its complaint in this action against KGSI on or about June 6, 2018.

WHEREAS, KGSI filed an Answer and Counterclaims against KBFAA and other individuals on August 7, 2019. (Dkt. 18.) KGSI subsequently filed its First Amended Counterclaims on January 24, 2020, naming, among others, DeFoor Brothers as a Counterclaim Defendant. (Dkt. 130).

WHEREAS, DeFoor Brothers was served with the Summons and First Amended Counterclaims on or about January 30, 2020. A Stipulation Extending Time for Counterclaim Defendant DeFoor Brothers, LLC to Answer or Otherwise Respond to First Amended Counterclaims of Ken Gangbar Studio Inc. was entered on February 20, 2020 making the current deadline to respond to KGSI's First Amended Counterclaims March 6, 2020.

WHEREAS, the Parties are actively negotiating an amicable resolution and have agreed that DeFoor Brothers shall be granted a second extension of time to answer or otherwise respond to KGSI's First Amended Counterclaims until March 13, 2020. This extension will not alter the date of any event or any deadline fixed by Court Order.

WHEREAS, the parties agree and stipulate that the filing of this stipulation does not waive or otherwise prejudice any rights DeFoor Brothers may have to assert lack of personal jurisdiction or any other defense in this action.

- 2 - CASE NO. 4:18-CV-03358-HSG
SECOND STIPULATION EXTENDING TIME FOR COUNTERCLAIM DEFENDANT DEFOOR BROTHERS, LLC TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COUNTERCLAIMS OF KEN GANGBAR STUDIO INC.

4849-0465-6310v2

NOW THEREFORE, the parties hereby STIPULATE and AGREE that DeFoor Brothers shall have until Friday, March 13, 2020 to answer or otherwise respond to KGSI's First Amended Counterclaims.

DATED: March 6, 2020      **BAKER, DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC**

By: /s/Joshua Tropper
    Joshua Tropper

*Attorneys for Counterclaim Defendant DeFoor Brothers LLC*

DATED: March 6, 2020      **THE BUSINESS LITIGATION GROUP, P.C.**

By: /s/Marc N. Bernstein
    Marc N. Bernstein

*Attorneys for Defendant and Counterclaimant Ken Gangbar Studio Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/6/2020

JUDGE HAYWOOD S. GILLIAM, JR. OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

- 3 -      CASE NO. 4:18-CV-03358-HSG
SECOND STIPULATION EXTENDING TIME FOR COUNTERCLAIM DEFENDANT DEFOOR BROTHERS, LLC TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COUNTERCLAIMS OF KEN GANGBAR STUDIO INC.

4849-0465-6310v2