NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
Email: dgutenplan@enensteinlaw.com
JESSE K. BOLLING (SBN 286267)
Email: jbolling@enensteinlaw.com
**ENENSTEIN PHAM & GLASS, LLP**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

Attorneys for Third-Party Defendant
Remington Hotels, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO INC., a Canadian Corporation,<br><br>    Defendant.<br><br>AND RELATED CLAIMS. | Case No. 4:18-cv-03358-HSG<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR THIRD-PARTY DEFENDANT REMINGTON HOTELS, LLC TO RESPOND TO AMENDED COUNTERCLAIMS AND SUPPLEMENTAL COUNTERCLAIM PURSUANT TO CIVIL LOCAL RULE 6-1(b); DECLARATION OF JESSE K. BOLLING; ORDER**<br><br>Trial Date:    September 28, 2020 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the undersigned counsel hereby stipulate to an extension of time for Third-Party Defendant Remington Hotels, LLC to respond to Counterclaimant Ken Gangbar Studio Inc.'s ("KGSI") Amended Counterclaims and Supplemental Counterclaim, which the Court approved for filing on January 28, 2020. The parties have stipulated to extend the due date to Friday, March 13, 2020. By way of this stipulated request, no counsel seeks any modification or delay of any other case deadlines. Pursuant to Civil Local Rules 6-2(a) and 7-12, this request is supported by the accompanying Declaration of Jesse K. Bolling.

DATED: March 2, 2020      **ENENSTEIN PHAM & GLASS**

By:     /s/ Jesse K. Bolling       .

*Attorney for Third-Party Defendant Remington Hotels, LLC*

DATED: March 2, 2020      **THE BUSINESS LITIGATION GROUP, P.C.**

By:     /s/ Marc N. Bernstein       .

*Attorneys for Defendant/Counterclaimant Ken Gangbar Studio Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/6/2020

_____
JUDGE HAYWOOD S. GILLIAM, JR. OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATED REQUEST TO EXTEND TIME FOR RESPONSE