NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
Email: dgutenplan@enensteinlaw.com
JESSE K. BOLLING (SBN 286267)
Email: jbolling@enensteinlaw.com
**ENENSTEIN PHAM & GLASS, LLP**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

Attorneys for Plaintiff and Counter-Defendant
Kevin Barry Fine Art Associates and
Counterdefendants Kevin Barry,
John Johnson, CHC Bayview Owner, LLC,
Host Hotels & Resorts, Inc., Remington Hotels, LLC,
VSE Pacific, Inc., and MUFG Union Bank, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KEN GANGBAR STUDIO INC., a Canadian Corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:18-cv-03358-HSG<br><br>**JOINT STIPULATION BY ALL PARTIES FOR ADR ASSIGNMENT AND TO RESET CASE SCHEDULE; ~~PROPOSED~~ ORDER** (as modified)<br><br>Trial Date:　　September 28, 2020 |

Joint Stipulation by All Parties for ADR　　　　　Case No. 4:18-cv-03358-HSG
Assignment and to Reset Case Schedule

## Stipulation for ADR Request

All the named parties to the litigation, through their counsel, request that the Court assign this case to a Settlement Conference with a Magistrate Judge under Local Rule 16-8(c) and ADR Local Rule 7. The parties respectfully request that the Settlement Conference be held before either the Honorable Jacqueline Scott Corley or the Honorable Sallie Kim, and occur during the week of May 25, 2020. In the event neither Judge Kim nor Judge Corley is available that week, the parties request that the Court provide the parties with the Judges' availability, if any, for June 2020. The parties will then select a date from that list.

## Stipulation to Reset Case Schedule

In response to the Court's February 28, 2020 Minute Entry, all the named parties to the litigation stipulate to the following revised case schedule. For the Court's edification, the parties agreed to phase discovery before and after mediation to effectuate cost savings and increase the chances of settlement. Setting the mediation for the week of May 25, 2020 will allow Kevin Barry Fine Arts Associates ("KBFAA") time to complete a large document search and production and to provide agreed-upon supplementation of earlier interrogatory responses. Production of these documents and service of the amended responses will occur by March 30, 2020. Counterclaimant Ken Gangbar Studios Inc. has requested time to review these documents, which could be in the hundreds of thousands, before the Settlement Conference. If the case does not resolve at the Settlement Conference, the parties contemplate resuming and completing discovery, including resuming depositions, according to the below schedule. The parties have agreed that further depositions will be postponed until after the Settlement Conference.[1]

---

[1] All parties hereto stipulate and agree that, by executing this stipulation, Counterdefendant Shakopee Mdewakanton Sioux Community ("the Community") does not waive or otherwise prejudice any rights it may have to assert sovereign immunity, lack of personal jurisdiction, or any other defense in this action. Notwithstanding its joinder to this stipulation, in the event that it files a motion to dismiss based on sovereign immunity, the Community intends to seek a stay of the proceedings as to the Community until after the motion to dismiss is fully and finally adjudicated.

Accordingly, given the phased discovery and the requested Settlement Conference, the parties all hereby jointly stipulate to and request the following amendments of case deadlines.[2] The new dates represent approximately a five-month shift in case schedule, with the trial date moving from late September 2020 to early March 2021.

| Event | Current Date | New Date | Time |
|---|---|---|---|
| Amendment of Pleadings | April 6, 2020 | May 8, 2020 | |
| Settlement Conference | -- | May or June 2020 | |
| Close of Fact Discovery | April 2, 2020 | July 31, 2020 | |
| Opening Expert Reports | April 2, 2020 | August 7, 2020 | |
| Exchange Rebuttal Expert Reports | April 23, 2020 | August 28, 2020 | |
| Close of Expert Discovery | May 14, 2020 | September 25, 2020 | |
| Dispositive Motion Hearing Deadline | June 4, 2020 | November 19, 2020 | 2:00 p.m. |
| Pretrial Conference | September 1, 2020 | February 16, 2021 | 3:00 p.m. |
| 10-Day Jury Trial | September 28, 2020 | March 8, 2021 | 8:30 a.m. |

[SIGNATURES OF COUNSEL ON THE FOLLOWING PAGES; PROPOSED ORDER ON PAGE 6]

---

[2] According to counsel for Defendant and Counterclaimant Ken Gangbar Studio, Inc., Counterclaim Defendant Davidson Hotel Company, LLC ("Davidson") was served but has not yet responded to the operative pleading; Davidson has stated that Counterclaim Defendant Davidson Hotels & Resorts, Inc. is not an existing entity and was named in error.

3

**IT IS SO STIPULATED.**

Dated: March 12, 2020                      **ENENSTEIN PHAM & GLASS, LLP**

By:     /s/ Jesse K. Bolling
Ned A. Gelhaar
Jesse K. Bolling
Attorneys for Plaintiff and Counter-Defendant Kevin Barry Fine Art Associates and Counterdefendants Kevin Barry, John Johnson, CHC Bayview Owner, LLC, Host Hotels & Resorts, Inc., Remington Hotels, LLC, VSE Pacific, Inc., and MUFG Union Bank, N.A.

Dated: March 12, 2020                      **THE BUSINESS LITIGATION GROUP, P.C.**

By:     /s/ Marc N.Bernstein
Marc N. Bernstein
Attorney for Defendant/Counterclaimant Ken Gangbar Studio, Inc.

Dated: March 12, 2020                      **VEATCH CARLSON, LLP**

By:     /s/ Kim D. Ashley
Kim D. Ashley
Attorney for Counterdefendant Richard McCormack Design D/B/A Studio McCormack and Richard McCormack

Dated: March 12, 2020                      **MINX LAW, PC**

By:     /s/ Charlene Minx
Charlene Minx
Attorney for Counterdefendant Grill Concepts, Inc.

Dated: March 12, 2020　　　　　　　　**DORSEY & WHITNEY LLP**

By: /s/ Skip Durocher
　　Skip Durocher
　　Attorney for Counterdefendant The Shakopee
　　Mdewakanton Sioux Community

Dated: March 12, 2020　　　　　　　　**BALLARD SPAHR LLP**

By: /s/ Scott Humphreys
　　Scott Humphreys
　　Attorney for Counterdefendant The Irvine
　　Company LLC

Dated: March 12, 2020　　　　　　　　**BAKER, DONELSON, BEARMAN,**
　　　　　　　　　　　　　　　　　　　**CALDWELL & BERKOWITZ, PC**

By: /s/ Clinton P. Sanko
　　Clinton P. Sanko
　　Attorney for Counterdefendant Defoor
　　Brothers LLC

# ~~PROPOSED~~ ORDER

Pursuant to Local Rule 16-8(c) and ADR Local Rule 7, the parties submitted a request that the Court assign this case to a Settlement Conference with either the Honorable Jacqueline Scott Corley or the Honorable Sallie Kim during the week of May 25, 2020. The Court **GRANTS** this request and will follow up via an order that will either choose a date with one of the proposed Judges during that week, or alternatively, provide the parties with the Judges' availability in June 2020, if any.

In addition, the parties proposed a revised case schedule in response to the Court's February 28, 2020 Minute Entry. Having considered the parties' proposed schedule, the Court **RESETS** the case-schedule deadlines as follows:

| Event | Current Date | New Date | Time |
|---|---|---|---|
| Amendment of Pleadings | April 6, 2020 | May 8, 2020 | |
| Close of Fact Discovery | April 2, 2020 | July 31, 2020 | |
| Opening Expert Reports | April 2, 2020 | August 7, 2020 | |
| Exchange Rebuttal Expert Reports | April 23, 2020 | August 28, 2020 | |
| Close of Expert Discovery | May 14, 2020 | September 25, 2020 | |
| Dispositive Motion Hearing Deadline | June 4, 2020 | November 19, 2020 | 2:00 p.m. |
| Pretrial Conference | September 1, 2020 | February 16, 2021 | 3:00 p.m. |
| 10-Day Jury Trial | September 28, 2020 | March 8, 2021 | 8:30 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __3/18/2020__

_____
JUDGE HAYWOOD S. GILLIAM, JR. OF THE
UNITED STATES DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA