MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
RICHARD A. DELIBERTY (SBN 203754)
rdeliberty@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Defendant and Counterclaimant
KEN GANGBAR STUDIO INC.

NED M. GELHAAR (SBN 163185)
ngelhaar@enensteinlaww.com
JESSE K. BOLLING (SBN 286267)
jbolling@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
dgutenplan@enensteinlaw.com
ENENSTEIN PHAM & GLASS, P.C.
12121 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: 310.889.2070
Facsimile: 310.496.1930

Attorneys for Plaintiff and Counterclaim Defendants
KEVIN BARRY FINE ART ASSOCIATES, KEVIN A. BARRY, JOHN JOHNSON, MUFG UNION BANK, N.A., REMINGTON HOTELS, LLC, VSE PACIFIC, INC., CHC BAYVIEW OWNER, LLC, and HOST HOTELS & RESORTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO INC., a Canadian corporation,<br><br>Defendant,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:18-CV-03358-HSG<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON KGSI'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**Date: June 11, 2020**<br>**Time: 2:00 p.m.**<br>**Courtroom: 2, 4th Floor**<br>**Judge: Hon. Haywood S. Gilliam, Jr.**<br>**Trial Date: March 8, 2021** |

On May 5, 2020, defendant and counterclaimant Ken Gangbar Studio Inc. (KGSI) filed its motion for leave to file a second amended complaint. (Dkt. 218.) The motion is opposed by plaintiff and counterclaim defendants Kevin Barry Fine Art Associates, Kevin A. Barry, John Johnson, MUFG Union Bank, N.A., Remington Hotels, LLC, VSE Pacific, Inc., CHC Bayview Owner, LLC, Host Hotels & Resorts, Inc. (the KBFAA parties). (Dkt. 218-2 ¶ 5.) All other parties have stipulated to the relief sought in the motion. (Dkt. 218-2 ¶¶ 2–4.)

Under the current briefing schedule, KBFAA's opposition would be due May 19 and KGSI's reply would be due May 26. On May 27, in another matter, KGSI's counsel has due two significant briefs that will occupy much of its attorneys' time and focus between now and then.

Wherefore,

IT IS STIPULATED by KGSI and the KBFAA parties that (a) the KBFAA parties shall file its opposition no later than Sunday, May 24, 2020, and (b) KGSI's shall file its reply no later than Sunday, May 31. These new deadlines shall apply notwithstanding Federal Rule of Civil Procedure 6(a)(1)(C). The motion will still be heard on June 11 unless the Court orders otherwise.

RESPECTFULLY SUBMITTED,

DATED: May 15, 2020                    THE BUSINESS LITIGATION GROUP, P.C.


By:      /s/ Richard A. De Liberty
         Richard A. De Liberty

Attorneys for Defendant and Counterclaimant
KEN GANGBAR STUDIO INC.

| | |
|---|---|
| DATED:  May 15, 2020 | ENENSTEIN PHAM & GLASS, P.C.<br><br>By:    /s/ Jesse K. Bolling    <br>           Jesse K. Bolling<br><br>Attorneys for Plaintiff and Counterclaim Defendants<br><br>KEVIN BARRY FINE ART ASSOCIATES<br>KEVIN A. BARRY<br>JOHN JOHNSON<br>MUFG UNION BANK, N.A.<br>REMINGTON HOTELS, LLC<br>VSE PACIFIC, INC.<br>CHC BAYVIEW OWNER, LLC, and<br>HOST HOTELS & RESORTS, INC. |

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:      5/19/2020              _____
                                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                                           United Stated District Judge

2

**Stip. Req. to Extend Briefing Schedule**                                          Case No. 4:18-cv-03358-HSG