United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN BARRY FINE ART ASSOCIATES,

    Plaintiff,

v.

KEN GANGBAR STUDIO, INC.,

    Defendant.

Case No. 18-cv-03358-HSG

**ORDER DIRECTING PARTIES TO FILE A PROPOSED SCHEDULE**

Re: Dkt. No. 231

Pending before the Court is Ken Gangbar Studio, Inc.'s motion to extend the case schedule. *See* Dkt. No. 231. Finding good cause to modify the scheduling order, the Court **SETS** a ten-day jury trial for May 10–21, 2021. The parties are directed to meet and confer and propose a schedule that works back from the trial date and complies in every respect with the Court's standing orders. This order terminates docket no. 231.

**IT IS SO ORDERED.**

Dated: 7/6/2020

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge