NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
Email: dgutenplan@enensteinlaw.com
JESSE K. BOLLING (SBN 286267)
Email: jbolling@enensteinlaw.com
**ENENSTEIN PHAM & GLASS, LLP**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

Attorneys for Plaintiff, Counterclaim Defendant, and Crossclaim Defendant Kevin Barry Fine Arts Associates and Counterclaim Defendants Kevin A. Barry, John Johnson, CHC Bayview Owner, LLC, Host Hotels & Resorts, Inc., Remington Hotels, LLC, MUFG Union Bank, N.A., VSE Pacific, Inc., Allison Barry, Kevin Barry Fine Arts Associates of Nevada, Inc., Design Force Corporation, and Marriott International, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> KEN GANGBAR STUDIO INC., a Canadian Corporation, <br><br> Defendant. <br><br> **AND RELATED COUNTERCLAIMS.** | Case No. 4:18-cv-03358-HSG <br><br> **JOINT STIPULATION RE PROPOSED CASE SCHEDULE;** ~~PROPOSED~~ **ORDER** (as modified) <br> Trial Date: May 10, 2021 |

The below signing parties hereby stipulate to the following case schedule:

| Event | Current Date | New Date | Time |
|---|---|---|---|
| Amendment of Pleadings | N/A | N/A | |
| Settlement Conference | -- | September 3, 2020 | |
| Close of Fact Discovery | July 31, 2020 | October 2, 2020 | |
| Opening Expert Reports | August 7, 2020 | October 9, 2020 | |
| Exchange Rebuttal Expert Reports | August 28, 2020 | November 9, 2020 | |
| Close of Expert Discovery | September 25, 2020 | November 24, 2020 | |
| Dispositive Motion Hearing Deadline | November 19, 2020 | January 7, 2020 | 2:00 p.m. |
| Pretrial Conference | February 16, 2021 | April 20, 2021 | 3:00 p.m. |
| 10-Day Jury Trial | March 8, 2021 | May 10, 2021 | 8:30 a.m. |

[SIGNATURES OF COUNSEL ON THE FOLLOWING PAGES; PROPOSED ORDER ON PAGE 5]

Joint Stipulation re Proposed Case Schedule                Case No.  4:18-cv-03358-HSG

**IT IS SO STIPULATED.**

Dated: August 4, 2020                                **ENENSTEIN PHAM & GLASS, LLP**

                                                    By: ____/s/ Jesse K. Bolling_____
                                                        Ned A. Gelhaar
                                                        Jesse K. Bolling
                                                        Attorneys for Plaintiff, Counterclaim
                                                        Defendant, and Crossclaim Defendant Kevin
                                                        Barry Fine Arts Associates and Counterclaim
                                                        Defendants Kevin A. Barry, John Johnson,
                                                        CHC Bayview Owner, LLC, Host Hotels &
                                                        Resorts, Inc., Remington Hotels, LLC, MUFG
                                                        Union Bank, N.A., VSE Pacific, Inc., Allison
                                                        Barry, Kevin Barry Fine Arts Associates of
                                                        Nevada, Inc., Design Force Corporation, and
                                                        Marriott International, Inc.

Dated: August 4, 2020                                **THE BUSINESS LITIGATION GROUP, P.C.**

                                                    By: ____/s/ Marc N. Bernstein_____
                                                        Marc N. Bernstein
                                                        Attorney for Defendant/Counterclaimant Ken
                                                        Gangbar Studio, Inc.

Dated: August 4, 2020                                **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

                                                    By: ____/s/ Kevin Lussier_____
                                                        Kevin R. Lussier
                                                        Attorney for Counterdefendant Richard
                                                        McCormack Design D/B/A Studio
                                                        McCormack and Richard McCormack

Dated: August 4, 2020                                **MINX LAW, PC**

                                                    By: ____/s/ Charlene Minx_____
                                                        Charlene Minx
                                                        Attorney for Counterdefendant Grill Concepts,
                                                        Inc.

1  Dated: August 4, 2020                **BALLARD SPAHR LLP**

2                                        By: ____/s/ Scott Humphreys_____
                                             Scott Humphreys
3                                            Attorney for Counterdefendant The Irvine
                                             Company LLC

**~~PROPOSED~~ ORDER**

Pursuant to Court's order dated July 6, 2020, the parties submitted a modification of the case schedule. The Court, having considered the parties' proposed schedule, **GRANTS** their request as follows:

| Event | Current Date | New Date | Time |
|---|---|---|---|
| Amendment of Pleadings | N/A | N/A | |
| Settlement Conference | -- | September 3, 2020 | |
| Close of Fact Discovery | July 31, 2020 | October 2, 2020 | |
| Opening Expert Reports | August 7, 2020 | October 9, 2020 | |
| Exchange Rebuttal Expert Reports | August 28, 2020 | November 9, 2020 | |
| Close of Expert Discovery | September 25, 2020 | November 24, 2020 | |
| Dispositive Motion Hearing Deadline | November 19, 2020 | January 7, 2021 | 2:00 p.m. |
| Pretrial Conference | February 16, 2021 | April 20, 2021 | 3:00 p.m. |
| 10-Day Jury Trial | March 8, 2021 | May 10, 2021 | 8:30 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __8/10/2020__

_____
JUDGE HAYWOOD S. GILLIAM, JR. OF THE
UNITED STATES DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA