MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
RICHARD A. DE LIBERTY (SBN 203754)
rdeliberty@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Defendant and Counterclaimant
KEN GANGBAR STUDIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO INC., a Canadian corporation,<br><br>Defendant.<br><br>AND RELATED COUNTER AND CROSS CLAIMS. | Case No. 4:18-CV-03358-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF RICHARD MCCORMACK, RICHARD MCCORMACK DESIGN D/B/A STUDIO MCCORMACK, AND GRILL CONCEPTS, INC. PURSUANT TO FED. R. CIV. P. §§ 41(a)(2) & 41(c)** |

Defendant and Counterclaimant Ken Gangbar Studio Inc. (KGSI); Counterclaim Defendants Richard McCormack and Richard McCormack Design d/b/a Studio McCormack; and Counterclaim Defendant and Cross-Claimant Grill Concepts, Inc. have reached an agreement to resolve this case through settlement, and without trial or final adjudication of any issue of fact or law.

They hereby stipulate to and request entry, under Fed. R. Civ. P. §§ 41(a)(2) & 41 (c), of this Stipulation and [Proposed] Order of Dismissal with Prejudice ("Order") to resolve all claims brought by Defendant and Counterclaimant KGSI in this action against the three countclaim defendants named above. Entry of the Order will not affect any claims by Cross-Claimant Grill Concepts, Inc. or any claims by KGSI against other counterclaim defendants. Each party will bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

DATED:  November 2, 2020         THE BUSINESS LITIGATION GROUP, P.C.

By:     /s/*Marc N. Bernstein*
                Marc N. Bernstein

Attorneys for Defendant & Counterclaimant
KEN GANGBAR STUDIO INC.

DATED:  November 2, 2020         MINX LAW, P.C.

By:     /s/*Charlene Minx*
                Charlene Minx

Attorneys for Counterclaim Defendant and Cross-Claimant
GRILL CONCEPTS, INC.

DATED:  November 2, 2020         CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP

By:     /s/*Stacie L. Turner*
                Stacie L. Turner

Attorneys for Counterclaim Defendants
RICHARD MCCORMACK, RICHARD MCCORMACK DESIGN D/B/A STUDIO MCCORMACK

ATTESTATION OF CONCURRENCE OF FILING

I, Marc N. Bernstein, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

                                              /s/ *Marc N. Bernstein*
                                              Marc N. Bernstein

|     |     |
| --- | --- |
| 1   | ORDER |
| 2   | PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all claims |
| 3   | asserted by Defendant and Counterclaimant Ken Gangbar Studio Inc. (KGSI) against |
| 4   | Counterclaim Defendants Richard McCormack, Richard McCormack Design d/b/a |
| 5   | Studio McCormack and Counterclaim Defendant and Cross-claimant Grill Concepts |
| 6   | Inc. are dismissed with prejudice. This Order does not affect any claims by Cross- |
| 7   | claimant Grill Concepts Inc. or any claims by KGSI against other counterclaim |
| 8   | defendants. Each party will bear its own costs and attorneys' fees. |

Dated: 11/3/2020

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge