1  CHARLENE MINX (SBN 246349)
   charlene@minxlaw.com
2  MINX LAW, PC
3  520 Broadway, Suite 200
   Santa Monica, California 90401
4  Telephone: 424-250-8068
   Facsimile: 424-250-8068
5
6  Attorneys for Cross-Claimant
   GRILL CONCEPTS, INC.
7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

| KEVIN BARRY FINE ART ASSOCIATES, a California corporation, | Case No.: 4:18-cv-03358-HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF KEVIN BARRY FINE ART ASSOCIATES AND RICHARD MCCORMACK DESIGN D/B/A STUDIO MCCORMACK** |
| v. | |
| KEN GANGBAR STUDIO, INC., a Canadian corporation, | |
| Defendant. | |
| AND RELATED COUNTER AND CROSSCLAIMS | |

Cross-Claimant Grill Concepts, Inc. ("GCI") and Cross-Claim Defendants Kevin Barry Fine Art Associates ("KBFAA") and Richard McCormack Design DBA Studio McCormack ("Studio McCormack") (collectively, KBFAA and Studio McCormack are referred to herein as the "Cross-Claim Defendants") have reached an agreement to resolve this case through settlement, and without trial or final adjudication of any issue of fact or law.

Pursuant to Fed. R. Civ. P. § 41(a)(2) and § 41(c), GCI and the Cross-Claim Defendants hereby stipulate to and request entry of this Stipulation and [Proposed] Order of Dismissal with Prejudice to resolve all cross-claims brought by GCI against the Cross-Claim Defendants.

Each party will bear its own costs and attorneys' fees.

Dated: November 3, 2020          MINX LAW, PC

                                 By:   /s/ Charlene Minx
                                       Charlene Minx

                                 Attorneys for Cross-Claimant
                                 GRILL CONCEPTS, INC.

Dated: November 3, 2020          ENENSTEIN PHAM & GLASS, LLP

                                 By:   /s/ Jesse K. Bolling
                                       Jesse K. Bolling

                                 Attorneys for Cross-Claim Defendant
                                 KEVIN BARRY FINE ARTS ASSOCIATES

Dated: November 3, 2020          CRUSER, MITCHELL, NOVITZ, SANCHEZ,
                                 GASTON & ZIMET LLP

                                 By:   /s/ Stacie L. Turner
                                       Stacie L. Turner

                                 Attorneys for Cross-Claim Defendant
                                 RICHARD MCCORMACK DESIGN DBA
                                 STUDIO MCCORMACK

ATTESTATION OF CONCURRENCE OF FILING

I, Charlene Minx, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all identified counsel.

By: /s/ Charlene Minx
Charlene Minx

STIPULATION AND ORDER OF DISMISSAL                    CASE NO. 4:18-CV-03358-HSG

ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all crossclaims asserted by Cross-Claimant Grill Concepts Inc. against Crossclaim Defendants Kevin Barry Fine Art Associates and Richard McCormack Design d/b/a Studio McCormack are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: 11/6/2020

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge