NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
Email: dgutenplan@enensteinlaw.com
JESSE K. BOLLING (SBN 286267)
Email: jbolling@enensteinlaw.com
**ENENSTEIN PHAM & GLASS, LLP**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

Attorneys for Plaintiff and Counterclaim Defendant Kevin Barry Fine Arts Associates and Counterclaim Defendants Kevin A. Barry, John Johnson, CHC Bayview Owner, LLC, Host Hotels & Resorts, Inc., Remington Hotels, LLC, MUFG Union Bank, N.A., VSE Pacific, Inc., Allison Barry, and Kevin Barry Fine Arts Associates of Nevada, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>KEN GANGBAR STUDIO INC., a Canadian Corporation,<br><br>    Defendant.<br><br>**AND RELATED COUNTERCLAIMS.** | Case No. 4:18-cv-03358-HSG (TSH)<br><br>**JANUARY 8, 2021 JOINT STATUS REPORT**<br><br>Trial Date:   Not Set |

The parties have reached an impasse on a mutual resolution as to certain key issues rendering additional negotiations valueless at this time. Plaintiff and Counterclaim Defendants (as listed below) continue to deny wrongdoing. The parties will meet and confer and submit a proposed schedule to the Court that re-sets the applicable case deadlines by Monday, January 18, 2021.

Dated: January 8, 2021                    **ENENSTEIN PHAM & GLASS, LLP**

By:   /s/ Jesse K. Bolling
      Ned M. Gelhaar
      Daniel R. Gutenplan
      Jesse K. Bolling
      Attorneys for Plaintiff and Counterclaim
      Defendant Kevin Barry Fine Arts Associates
      and Counterclaim Defendants Kevin A. Barry,
      John Johnson, CHC Bayview Owner, LLC,
      Host Hotels & Resorts, Inc., Remington
      Hotels, LLC, MUFG Union Bank, N.A., VSE
      Pacific, Inc., Allison Barry, and Kevin Barry
      Fine Arts Associates of Nevada, Inc.

Dated: January 8, 2021                    **THE BUSINESS LITIGATION GROUP, P.C.**

By:   /s/ Marc N. Bernstein
      Marc N. Bernstein
      Attorneys for Defendant/Counterclaimant Ken
      Gangbar Studio, Inc.

Dated: January 8, 2021                    **BALLARD SPAHR LLP**

By:   /s/ Scott Humphreys
      Scott Humphreys
      Attorney for Counterclaim Defendant The
      Irvine Company LLC

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1-(i)(3), I attest the concurrence in the filing of this document has been obtained from Marc N. Bernstein and Scott Humphreys.

Dated: January 8, 2021  **ENENSTEIN PHAM & GLASS, LLP**

By:  /s/ Jesse K. Bolling
Ned M. Gelhaar
Daniel R. Gutenplan
Jesse K. Bolling
Attorneys for Plaintiff and Counterclaim Defendant Kevin Barry Fine Arts Associates and Counterclaim Defendants Kevin A. Barry, John Johnson, CHC Bayview Owner, LLC, Host Hotels & Resorts, Inc., Remington Hotels, LLC, MUFG Union Bank, N.A., VSE Pacific, Inc., Allison Barry, and Kevin Barry Fine Arts Associates of Nevada, Inc.

3

January 8, 2021 Joint Status Report                              Case No. 4:18-cv-03358-HSG (TSH)