UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO, INC.,<br><br>Defendant. | Case No. 18-cv-03358-HSG   (TSH)<br><br>**STATUS ORDER**<br>Re: Dkt. No. 281 |

On September 2, 2020, Counterclaim Plaintiff Ken Gangbar Studio Inc. and Counterclaim Defendant The Irvine Company LLC filed a joint discovery letter, but one day later the parties participated in a settlement conference and the case settled in full. ECF Nos. 281-82. As it now appears the parties have reached an impasse on a mutual resolution of the case (ECF No. 292), the Court **ORDERS** KGSI and Irvine to file a status report by January 19, 2021, regarding the dispute raised in their joint letter.

**IT IS SO ORDERED.**

Dated: January 11, 2021

THOMAS S. HIXSON
United States Magistrate Judge