Marc N. Bernstein (SBN 145837)
mbernstein@blgrp.com
Richard A. De Liberty (SBN 203754)
rdeliberty@blgrp.com
**THE BUSINESS LITIGATION GROUP, P.C.**
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone:  415.765.6633
Facsimile: 415.283.4804

Attorneys for Defendant and Counterclaimant
KEN GANGBAR STUDIO INC.

Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Counterclaim Defendant
THE IRVINE COMPANY LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEN GANGBAR STUDIO INC., a Canadian corporation,<br><br>Defendant. | Case No. 4:18-cv-03358-HSG (TSH)<br><br>**[DISCOVERY MATTER]**<br><br>**FURTHER JOINT STATUS REPORT TO THE HONORABLE THOMAS S. HIXSON** |
| AND RELATED CLAIMS | |

TO THE HONORABLE THOMAS S. HIXSON:

Counterclaim Plaintiff Ken Gangbar Studio Inc. ("KGSI") and Counterclaim Defendant The Irvine Company LLC ("Irvine") (the "Undersigned Parties") respectfully file this further joint status report pursuant to their prior joint status report filed on January 19, 2021 (ECF No. 294) in response to the Court's January 11, 2021 Status Order (ECF No. 293).

All remaining parties are continuing to discuss settlement and believe they are close to a final settlement agreement, and will file a notice of settlement if a final settlement is reached. (*See* Response to January 21, 2021 Order re Submitting Proposed Case Deadlines). In light of this, the Undersigned Parties request that this Court forbear from taking any action with respect to their prior joint discovery letter (ECF No. 281) until Monday, February 8, 2021.

If a notice of settlement is not filed by that date, then Irvine proposes that, in order to preserve the Court's resources and avoid a potentially unnecessary and advisory opinion, the Undersigned Parties file a further joint report on February 8, 2021, explaining the status of settlement discussions and the parties' respective positions on the joint discovery letter. KGSI, by contrast, requests that, if no notice of settlement is filed by Monday, the Court resume its evaluation and decision of the pending issue according to its normal schedule, so that, the case having not settled, discovery may proceed.

Respectfully submitted,

DATED: February 1, 2021           **THE BUSINESS LITIGATION GROUP, P.C.**

                                  By:   */s/ Marc N. Bernstein*
                                        Marc N. Bernstein

                                  Attorneys for Defendant and Counterclaimant
                                  KEN GANGBAR STUDIO INC.

DATED: February 1, 2021           **BALLARD SPAHR LLP**

                                  By:   */s/ Scott S. Humphreys*
                                        Scott S. Humphreys

                                  Attorneys for Counterclaim Defendant
                                  THE IRVINE COMPANY LLC