NED M. GELHAAR (SBN 163185)
Email: ngelhaar@enensteinlaw.com
DANIEL R. GUTENPLAN (SBN 260412)
Email: dgutenplan@enensteinlaw.com
JESSE K. BOLLING (SBN 286267)
Email: jbolling@enensteinlaw.com
**ENENSTEIN PHAM & GLASS, LLP**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
(310) 899-2070 Phone
(310) 496-1930 Fax

Attorneys for Plaintiff and Counterclaim Defendant Kevin
Barry Fine Arts Associates and Counterclaim Defendants
Kevin A. Barry, John Johnson, CHC Bayview Owner, LLC,
Host Hotels & Resorts, Inc., Remington Hotels, LLC,
MUFG Union Bank, N.A., VSE Pacific, Inc., Allison Barry,
and Kevin Barry Fine Arts Associates of Nevada, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KEVIN BARRY FINE ART ASSOCIATES, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>KEN GANGBAR STUDIO INC., a Canadian Corporation,<br><br>            Defendant.<br><br>_____<br><br>**AND RELATED COUNTERCLAIMS.**<br><br>_____ | Case No. 4:18-cv-03358-HSG (TSH)<br><br>**STIPULATION OF DISMISSALS WITH PREJUDICE OF ENTIRE ACTION BY ALL PARTIES**<br><br>Trial Date:    Not Set |

1

TO THE HONORABLE COURT:

2

PLEASE TAKE NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

3

that all parties to this action hereby dismiss this entire action, including all claims and causes of

4

action against all other parties to the action, <u>with</u> prejudice.

5

6

Dated: February 16, 2021

**ENENSTEIN PHAM & GLASS, LLP**

7

By:   /s/ Ned M. Gelhaar

Ned M. Gelhaar

8

Daniel R. Gutenplan

Jesse K. Bolling

9

Attorneys for Plaintiff and Counterclaim

10

Defendant Kevin Barry Fine Arts Associates

and Counterclaim Defendants Kevin A. Barry,

11

John Johnson, CHC Bayview Owner, LLC,

Host Hotels & Resorts, Inc., Remington

12

Hotels, LLC, MUFG Union Bank, N.A., VSE

Pacific, Inc., Allison Barry, and Kevin Barry

13

Fine Arts Associates of Nevada, Inc.

14

Dated: February 16, 2021

**THE BUSINESS LITIGATION GROUP, P.C.**

15

16

By:   /s/ Marc N. Bernstein

Marc N. Bernstein

17

Attorneys for Defendant/Counterclaimant Ken

Gangbar Studio, Inc.

18

19

Dated: February 16, 2021

**BALLARD SPAHR LLP**

20

By:   /s/ Scott Humphreys

21

Scott Humphreys

Attorney for Counterclaim Defendant The

22

Irvine Company LLC

23

24

25

26

27

Stipulation of Dismissal of Entire Action                    Case No.  4:18-cv-03358-HSG (TSH)

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1-(i)(3), I attest the concurrence in the filing of this document has been obtained from Marc N. Bernstein and  Scott Humphreys.

Dated: February 16, 2021                **ENENSTEIN PHAM & GLASS, LLP**

By:   /s/ Ned M. Gelhaar
                Ned M. Gelhaar
                Daniel R. Gutenplan
                Jesse K. Bolling
                Attorneys for Plaintiff and Counterclaim
                Defendant Kevin Barry Fine Arts Associates
                and Counterclaim Defendants Kevin A. Barry,
                John Johnson, CHC Bayview Owner, LLC,
                Host Hotels & Resorts, Inc., Remington
                Hotels, LLC, MUFG Union Bank, N.A., VSE
                Pacific, Inc., Allison Barry, and Kevin Barry
                Fine Arts Associates of Nevada, Inc.

Stipulation of Dismissal of Entire Action                Case No.  4:18-cv-03358-HSG (TSH)